**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
735 Central Avenue
Woodmere, New York 11598
Telephone (516) 668-6945
fishbeinadamj@gmail.com

June 29, 2020

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**     **Katz v. Professional**
          **1:20-cv-317-BMC**

Dear Judge Cogan:

     I represent the plaintiff in the above matter. Please be advised that the parties have resolved the matter.

     Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
_____
Adam J. Fishbein

Cc: Counsel of Record